THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS MAINIERI, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. [See 266 App. Div. 1042.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

WHALE OIL COMPANY, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 924.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. [See 266 App. Div. 1043.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of GEORGE J. GILLESPIE et al., Constituting the Board of Water Supply of the City of New York, Respondents, Relative to Acquiring Real Estate for and on Behalf of the City of New York, in the County of Ulster. (Rondout Riparian Section No. 2, Parcel No. 40.) RONDOUT PAPER MILLS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See 266 App. Div. 939, 1046.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of CENTRAL GREYHOUND LINES, INC., Petitioner, against CARROLL E. MEALEY et al., Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See 266 App. Div. 648.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of IRVING B. WEINSTEIN, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for reargument, and for other relief, denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 4.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

CHARLES H. MEEK, Respondent, v. NICHOLAS R. CORBISELLO, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 1044.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of MAX EPSTEIN, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for reargument, and for other relief, denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 27.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

MARSHALL A. WELLISCH et al., Respondents, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 1046.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of BETTY HORNACEK, Respondent, against ALPHONS CUSTODIS-CHIMNEY CONSTRUCTION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See 266 App. Div. 1048.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.